IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIRK A. HENRY,**

    **Petitioner,**

**v.**                                         **Case No. 4:16cv129-MW/CAS**

**LORETTA LYNCH, et al.,**

    **Respondents.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas

---

[1] This Court notes Petitioner has failed to keep the Clerk advised of his mailing address as evidenced by returned mail.

1

corpus, ECF No. 1, filed by petitioner under 28 U.S.C. § 2241 is **DENIED** without prejudice." The Clerk shall close the file.

    **SO ORDERED on December 13, 2016.**

                                    <u>**s/Mark E. Walker**</u>              
                                    **United States District Judge**